27011. SHORES v. BUFFALO HOLDING COMPANY, INC. et al.

PER CURIAM. On further consideration of the record in the present case, this court has reached the conclusion

that the application for writ of certiorari was improvidently granted, and accordingly the case is

*Dismissed. All the Justices concur, except Jordan, J., disqualified.*

ARGUED MARCH 15, 1972—DECIDED APRIL 6, 1972.

*McClain, Mellen, Bowling & Hickman, Arthur Gregory,* for appellant.

*Michael J. Reily,* for appellees.